FRANK S. COOPER, APPELLANT, v. STATE BOARD OF VETERINARY MEDICAL EXAMINERS, RESPONDENT.

Argued February 13, 1935—Decided May 17, 1935.

For the appellant, *Lionel P. Kristeller.*

For the respondent, *David T. Wilentz,* attorney-general.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, LLOYD, CASE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.